**Honorable Tana Lin**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACOB KUEHN and SUZANNE KUEHN, a married couple,<br><br>Plaintiffs,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a foreign insurer,<br><br>Defendant. | No. 2:24-cv-01785-TL<br><br>STIPULATION TO EXTEND DEADLINE IN ECF 71 TO FILE STIPULATED DISMISSAL |

The Parties, by and through their undersigned counsel, respectfully move the Court for a 30-day extension of the deadline set forth in the Court's August 31, 2026 Minute Order for filing a stipulated dismissal. In support of this request, the Parties state as follows:

1. On August 31, 2026, the Court ordered the Parties to submit a stipulated dismissal within thirty (30) days of the Order, or by September 30, 2026. Dkt. 71.

2. The Parties have worked diligently to finalize the settlement, however, the Parties are not yet in a position to file a stipulated dismissal.

3. Following settlement, the parties worked to finalize payment instructions. Without waiver of the settlement-related confidentiality of these discussions, the Parties will summarize that during this process, over the last couple of weeks since the completion of the written and



**CLYDE & CO US LLP**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

executed confidential settlement agreement, questions arose regarding the identity of mortgagee and lienholder payees that were required to be included. The Parties investigated and communicated for over a week to resolve those issues. After those issues were resolved, the remaining check was issued, mailed, and is currently in transit.

4. The Parties anticipate that the final component of the settlement funds will be received shortly. They therefore request a 30-day extension to allow time for receipt of the settlement proceeds before filing a stipulated dismissal.

5. Accordingly, the Parties respectfully request that the Court extend the deadline for filing a stipulated dismissal by thirty (30) days, up to and including October 30, 2026.

Dated: September 30, 2026.

CLYDE & CO US LLP

*/s/ Michael D. Handler*
Michael D. Handler, WSBA #25654
James D. Hicks, WSBA #36126
*Attorneys for Defendant Safeco Insurance Company of America*

Cascade Law PLLC

*/s/*
Joseph W. Moore, WSBA # 44061
*Of Attorneys for Plaintiffs*

Wells Trumbull

*/s/ Joshua B. Trumbull per email approval*
Joshua B. Trumbull, WSBA # 40992
Brian J. Fisher, WSBA # 46495
*Of Attorneys for Plaintiffs*



**CLYDE & CO US LLP**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

**~~PROPOSED~~ ORDER**

The Court, having considered the Parties' Stipulation to Extend Deadline to File Stipulated Dismissal, hereby ORDERS that the deadline for filing a stipulated dismissal is extended to October 30, 2026.

IT IS SO ORDERED.

DATED this 1st day of October, 2026.

The Honorable Tana Lin
United States District Judge



CLYDE & CO US LLP
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX