Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACOB KUEHN and SUZANNE KUEHN, a married couple,<br><br>Plaintiffs,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a foreign insurer,<br><br>Defendants. | No. 2:24-cv-01785-TL<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AND WITHOUT AN AWARD OF FEES AND COSTS TO ANY PARTY |

Plaintiffs, Jacob and Suzanne Kuehn ("Plaintiffs), and Defendant, Safeco Insurance Company of America ("Safeco" or "Defendant"), by and through their attorneys of record, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that all claims asserted by Plaintiffs against Defendant in the above-captioned action be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.



CLYDE & CO US LLP
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

IT IS SO STIPULATED ON THIS 27th DAY OF October, 2026.

Cascade Law PLLC

By: *__/s/ Joseph Moore*____________________
Joseph W. Moore, WSBA #44061
*Of Attorneys for Plaintiffs*

Wells Trumbull

By: *_/s/ Joshua Trumbull*_____________________
Joshua B. Trumbull, WSBA #40992
Brian Fisher, WSBA #46495
*Of Attorneys for Plaintiffs*

CLYDE & CO US LLP

By: *__/s/ Michael Handler*___________________
Michael D. Handler, WSBA #25654
James D. Hicks, WSBA #36126
*Attorneys for Defendant Safeco Insurance Company of America*

**ORDER**

The Court, having reviewed the foregoing Stipulation, and being fully advised, hereby ORDERS that all claims in this action are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorneys' fees.

DATED: October 27, 2026

__________________________________
Honorable Tana Lin



**CLYDE & CO US LLP**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX